UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD TANAKA,

        Plaintiff,

    v.

UNITED PARCEL SERVICE, INC.,

        Defendant.

Case No. 22-cv-05476-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: Dkt. No. 101

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. I recognize that the parties intend to execute the final agreement and satisfy the terms of the agreement within ninety (90) days. If any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: January 24, 2025



WILLIAM H. ORRICK
United States District Judge